

THOM D. ROBERTS (#2773)
Assistant Attorney General
MARK L. SHURTLEFF (#4666)
Attorney General
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah 84114-0857
*Attorney For Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., A California Not-For-Profit Trade Association, On Its Own Behalf and On Behalf of Its Members,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF UTAH, a body politic; THE UTAH DEPARTMENT OF COMMERCE, a department in the executive brnch of the State of Utah; THE DIVISION OF CONSUMER PROTECTION, an administrative agency in the Utah Department of Commerce; MARK SHURTLEFF in his official capacity as Utah attorney General of the State of Utah; GRANCINE GIANI, in her official capacity as the Executive Director of the utah Department of Commerce, and in her official capacity as the Director of the Division of Consumer Protection in the Utah Department of Commerce,<br><br>Defendants. | **MOTION TO DISMISS (CASE OR CONTROVERSY AND STANDING)**<br><br>Judge Tena Campbell<br><br>Case No. 2:05CV00949 |

The Defendants by and through their attorney of record, Thom D. Roberts, Assistant Utah Attorney General, hereby move the court for an order dismissing the action against these defendants upon the grounds and for the reasons that the Court lacks jurisdiction and authority to hear this matter, that there is no case or controversy, that the Plaintiff lacks standing to bring this action, that the claim is not justiciable, and as more fully set forth in the Memorandum filed in support hereof.

Dated this 7th day of December, 2005.

MARK L. SHURTLEFF
Attorney General

THOM D. ROBERTS
Assistant Attorney General
Attorneys for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the MOTION TO DISMISS (CASE OR CONTROVERSY AND STANDING) was sent by U.S. Postal Service first class mail, prepaid, and email on this the 7th day of December, 2005.

Ira P. Rothken, Esq. (Pro Hac Vice)
ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA 94903

Gregory A. Piccionelli, Esq. (Pro Hac Vice)
Robert A. Sarno, Esq. (Pro Hac Vice)
PICCIONELLI & SARNO
1925 Century Park East 2350
Los Angeles, CA 90067

Jerome Mooney, Esq.
MOONEY LAW FIRM
50 W. Broadway, #100
Salt Lake City, UT 84101

_____