Stephen F. Rohde, Esq. (Pro Hac Vice)
ROHDE & VICTOROFF
1880 Century Park East, Suite 411
Los Angeles, CA 90067
Tel: (310) 277-1482
Fax: (310) 277-1485
steve@rohde-victoroff.com

Jerome Mooney, Esq. (Utah Bar No. 2303)
Weston Garrou Walters & Mooney
12121 Wilshire Blvd. #900
Los Angeles, CA 90025
Tel: (801) 364-6536
Fax: (310) 442-0899
Jerrym@mooneylaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., A California Not-For-Profit Trade Association, On Its Own Behalf and On Behalf of Its Members,<br><br>     Plaintiff, | STIPULATED MOTION TO DISMISS |
| v. | Case No. 2:05-cv-00949 CW |
| MARK SHURTLEFF in his official capacity as Utah Attorney General of the State of Utah; KEVIN V. OLSEN, in his official capacity as the Director of the Division of Consumer Protection in the Utah Department of Commerce, UNSPAM REGISTRY SERVICES INC., a Delaware corporation,<br><br>     Defendants. | District Judge Clark Waddoups |

Comes now Plaintiff by and through its counsel of record and moves this Court to dismiss this action with prejudice.

Counsel for Defendants and each of them stipulate and agree that this matter be

dismissed with prejudice.

The parties agree that each party shall bear their own costs and attorneys fees.

Dated this 29th day of September, 2009

        WESTON, GARROU, WALTERS & MOONEY

        _____/s/ Jerome H. Mooney_____
        JEROME H. MOONEY
        Attorneys for Plaintiffs

        ROHDE & VICTOROFF

        ____ /s/ _Stephen F. Rohde _____
        STEPHEN F. ROHDE
        Attorneys for Plaintiff


        _____/s/ Parker Douglas _____
        PARKER DOUGLAS
        *Counsel for Defendant Unspam Registry*
        *Services, Inc.*

        MARK L. SHURTLEFF
        Attorney General


        ____/s/ Thom D. Roberts_____
        THOM D. ROBERTS
        Assistant Attorney General
        Attorneys for Defendants Shurtleff and Olsen