Stephen F. Rohde, Esq. (Pro Hac Vice)
ROHDE & VICTOROFF
1880 Century Park East, Suite 411
Los Angeles, CA 90067
Tel: (310) 277-1482
Fax: (310) 277-1485
steve@rohde-victoroff.com

Jerome Mooney, Esq. (Utah Bar No. 2303)
Weston Garrou Walters & Mooney
12121 Wilshire Blvd. #900
Los Angeles, CA 90025
Tel: (801) 364-6536
Fax: (310) 442-0899
Jerrym@mooneylaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., A California Not-For-Profit Trade Association, On Its Own Behalf and On Behalf of Its Members,<br><br>        Plaintiff, | [PROPOSED]  ORDER |
| v. | Case No. 2:05-cv-00949 CW |
| MARK SHURTLEFF in his official capacity as Utah Attorney General of the State of Utah; KEVIN V. OLSEN, in his official capacity as the Director of the Division of Consumer Protection in the Utah Department of Commerce, UNSPAM REGISTRY SERVICES INC., a Delaware corporation, | District Judge Clark Waddoups |
|         Defendants. | |

On the stipulation of the parties and good cause appearing therefore, this matter is DISMISSED with prejudice.

All parties shall bear their own costs and attorney fees incurred.

So Ordered this ___ day of September, 2009

                                                  BY THE COURT

                                                  _____
                                                  Clark Waddoups
                                                  District Court Judge