UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | | |
|---|---|---|
| FREE SPEECH COALITION INC., Plaintiff, | : : : : : : : : | ORDER FOR PRO HAC VICE ADMISSION |
| v. | | |
| MARK SHURTLEFF ET AL., Defendants. | | Case Number 2:05-cv-00949 CW |

FILED
U.S. DISTRICT COURT
2009 SEP 30 A 11: 40
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Kathryn L. Wyer in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this 30th day of September, 2009.

_____
U.S. District Judge