Stephen F. Rohde, Esq. (Pro Hac Vice)
ROHDE & VICTOROFF
1880 Century Park East, Suite 411
Los Angeles, CA 90067
Tel: (310) 277-1482
Fax: (310) 277-1485
steve@rohde-victoroff.com

Jerome Mooney, Esq. (Utah Bar No. 2303)
Weston Garrou Walters & Mooney
12121 Wilshire Blvd. #900
Los Angeles, CA 90025
Tel: (801) 364-6536
Fax: (310) 442-0899
Jerrym@mooneylaw.com
Attorneys for Plaintiff

FILED
U.S. DISTRICT COURT

2009 SEP 30 P 4: 07

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., A California Not-For-Profit Trade Association, On Its Own Behalf and On Behalf of Its Members,<br><br>Plaintiff,<br><br>v.<br><br>MARK SHURTLEFF in his official capacity as Utah Attorney General of the State of Utah; KEVIN V. OLSEN, in his official capacity as the Director of the Division of Consumer Protection in the Utah Department of Commerce, UNSPAM REGISTRY SERVICES INC., a Delaware corporation,<br><br>Defendants. | ORDER<br><br><br><br><br><br>Case No. 2:05-cv-00949 CW<br><br>District Judge Clark Waddoups |

On the stipulation of the parties and good cause appearing therefore, this matter is DISMISSED with prejudice.

All parties shall bear their own costs and attorney fees incurred.

So Ordered this 30th day of September, 2009

BY THE COURT

Clark Waddoups
District Court Judge